**No. 51820.**—Bohemian Distributing Co. et al. *v.* United States, protests 955139–G, etc. (Los Angeles).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51821.**—Canada Dry Ginger Ale, Inc., et al. *v.* United States, protests 126084–K, etc. (San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51822.**—Bellows & Co., Inc., et al. *v.* United States, protests 968047–G, etc. (Denver, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51823.**—Sambrooks, Ltd., et al. *v.* United States, protests 4915–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51824.**—Stern & Stern Textile Importers, Inc., et al. *v.* United States, protests 32102–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.